UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RON MICKENS,

    Plaintiff,

v.                                                             CASE NO.: 8:00-cv-1725-T-23TGW

POLK COUNTY SCHOOL BOARD,

    Defendant.

_____/

**ORDER**

The plaintiff filed a "Motion for Order Permitting Use of Cellular Telephone" (Doc. 207).  Upon consideration, the motion is **GRANTED**.  Authorization commences June 20, 2005, and terminates on the final date of the referenced trial.  Only Timothy G. Schoenwalder is authorized by this order to carry and use a cellular telephone while in the United States Courthouse.  Any violation will result in the revocation of this authorization.

While in the building, counsel shall have in his possession a copy of this order and shall produce it to security personnel for verification each time he enters the building and at any other time he is requested to do so by security officers.

Security personnel will require counsel to present picture identification at the time of entry, and the cell phone is subject to inspection at any time.

While court is in session, counsel shall ensure that the cell phone is turned off or set to silent mode to ensure that the court proceedings are not disrupted. Calls shall be answered and returned only when court is in recess.

ORDERED in Tampa, Florida, on June 20, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE