UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RON MICKENS,

    Plaintiff,

v.                                      CASE NO.: 8:00-cv-1725-T-23TGW

POLK COUNTY SCHOOL BOARD,

    Defendant.
_____/

**ORDER**

        This action was set for trial on June 20, 2005. At a conference in chambers, beginning about 9:00 a.m. on June 20th before the commencement of jury selection, certain procedural problems, including the unavailability of witnesses perceived as essential by the plaintiff, resulted in the court's decision, with the parties' consent, to complete jury selection on June 20th and convene again to resume the trial on June 27th. Also on June 20th, at the request of the defense and with the concurrence of the plaintiff, the court ordered the parties to mediation before Magistrate Judge Elizabeth Jenkins (Doc. 215).

        The parties began mediation early Tuesday afternoon, June 21st, before Judge Jenkins and continued until the end of the business day. Judge Jenkins and the parties continued mediating by telephone throughout the week. On Friday afternoon, June 24th, near the end of the business day, the parties informed the court that the plaintiff had conveyed an offer of settlement that the defense wanted to submit for

plenary consideration by the Polk County School Board at the next, reasonably available opportunity.

The court and the parties agreed to continue the case until the August, 2005, trial calendar and to excuse the jury (which jury was not empaneled) selected on Monday, June 20th, which will permit the Polk County School Board an opportunity to evaluate the pending settlement offer.

The Polk County School Board shall advance the cost of assembling the jury on June 20th in the amount of $660.67 by depositing this amount with the Clerk of the United State District Court within thirty days.  This amount remains assessable as a cost against the non-prevailing party.

ORDERED in Tampa, Florida, on June 28, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc: Judy Thompson
    Jury Administrator