UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RON MICKENS,

    Plaintiff,

v.                                                Case No. 8:00-cv-1725-T-23TGW

POLK COUNTY SCHOOL BOARD,

    Defendant.
_____/

## **ORDER**

The defendant's "Motion to Quash or Modify Witness Subpoena for Trial" (Doc. 202) and the Equal Employment Opportunity Commissions "Emergency Motion to Quash Subpoena" (Doc. 216) are **DENIED AS MOOT**.

ORDERED in Tampa, Florida, on July 7, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE