UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RON MICKENS,

    Plaintiff,

v.                                CASE NO. 8:00-cv-1725-T-23TGW

POLK COUNTY SCHOOL BOARD,

    Defendant.
_____/

## VERDICT

We, the Jury, return the following verdict:

1. With respect to the first claim (Title VII--discrimination), we find:

    _____ FOR THE PLAINTIFF, MICKENS

    \_\_✓\_\_\_ FOR THE DEFENDANT, SCHOOL BOARD

2. With respect to the second claim (Title VII--retaliation), we find:

    _____ FOR THE PLAINTIFF, MICKENS

    \_\_✓\_\_\_ FOR THE DEFENDANT, SCHOOL BOARD

3. With respect to the third claim (Americans With Disabilities Act), we find:

    \_\_✓\_\_\_ FOR THE PLAINTIFF, MICKENS

    _____ FOR THE DEFENDANT, SCHOOL BOARD

If you found for the plaintiff, Mickens, on any one or more of the above claims, state the amount to which the plaintiff is entitled for economic losses, that is, net lost wages and benefits to the date of trial: $ -0- .

If you found for the plaintiff, Mickens, on the **FIRST CLAIM**, state the damages, if any, to which the plaintiff is entitled as compensation for emotional pain and mental anguish resulting from the matters alleged in the first claim (Title VII discrimination).

$ -0- .

If you found for the plaintiff, Mickens, on the **SECOND CLAIM**, state the damages, if any, to which the plaintiff is entitled as compensation for emotional pain and mental anguish resulting from the matters alleged in the second claim (Title VII retaliation).

$ -0- .

If you found for the plaintiff, Mickens, on the **THIRD CLAIM**, state the damages, if any, to which the plaintiff is entitled as compensation for emotional pain and mental anguish resulting from the matters alleged in the third claim (Americans with Disabilities Act).

$ 300,000 .

SO SAY WE ALL.

_____
FOREPERSON

DATE: 10/27 , 2005.