# United States District Court
## Middle District of Florida
## Tampa Division

## JUDGMENT IN A CIVIL CASE

RON MICKENS,

    Plaintiff,

v.                                      CASE NO. 8:00-cv-1725-T-23TGW

POLK COUNTY SCHOOL BOARD,

    Defendant.

_____/

__X__ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

The jury finds in favor of the defendant and against the plaintiff on the first claim under Title VII (discrimination) and the second claim under Title VII (retaliation).

The jury finds in favor of the plaintiff and against the defendant on the third claim (Americans With Disabilities Act). The jury awards the plaintiff $0 in economic loss. The jury awards the plaintiff $300,000.00 for emotional pain and mental anguish on the third claim (Americans With Disabilities Act).

                                              SHERYL L. LOESCH, CLERK

October 28, 2005                        By: _Marlene Alpaca_
                                                        DEPUTY CLERK